FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D23-3369
LT Case No. 2017-CF-4308

_____

NATHANIEL STEPHENSON,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus, a Case of Original Jurisdiction.

Nathaniel Stephenson, Raiford, pro se.

No Appearance for Respondent.

December 21, 2023

PER CURIAM.

    This Court previously affirmed Petitioner's direct appeal and thereafter, dismissed several petitions and appeals filed in this Court stemming from Marion County Circuit Court Case No. 2017-CF-4308. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from the identified case number may result in sanctions such as a bar on pro se filings in this Court and referral to prison officials for

disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2023); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999). Moreover, the Petition for Writ of Habeas Corpus, filed November 16, 2023, is dismissed. *See Richardson v. State*, 918 So. 2d 999, 1002–03 (Fla. 5th DCA 2006).

PETITIONER WARNED; PETITION DISMISSED.

JAY, HARRIS, and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————